FILED

2026 May-07  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INS COMPANY, )<br><br>)<br>   Plaintiff, )<br><br>)<br>v. )<br><br>)<br>MOUNTAIN BROOK  CONDOMINIUM )<br>ASSOCIATION and NATIONWIDE )<br>MUTUAL INSURANCE COMPANY, )<br><br>)<br>   Defendants. )<br><br>) | Case No.: 2:26-cv-00773-ACA |

**AUTO-OWNERS INS COMPANY'S CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(2), plaintiff Auto-Owners Ins Company hereby discloses that it is incorporated in the State of Michigan and operates its principal place of business in Michigan.

Auto-Owners Ins Company is a mutual company owned by its policyholders. It is not owned by a parent company, and no company owns more than 10% of its stock.

Date: May 7, 2026.

/s/ Curtis H. Seal
Curtis H. Seal
State Bar No. 8112P19S
GRAHAM NEAL SEAL & BELL,
LLC
880 Montclair Road, Suite 450
Birmingham, AL 35213
Tel. (205) 578-1107
cseal@gnsblaw.com
*Attorney for Plaintiff*

and

/s/ Ronald W. Harmeyer
Ronald W. Harmeyer
Moving for admission *pro hac vice*
RON HARMEYER LAW OFFICE
LLC
330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties, if any, will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

Mountain Brook Condominium Association
c/o its registered agent,
Southern Property Management Group, LLC
2120 16th Avenue South, Suite 202
Birmingham, AL 35205

Nationwide Mutual Insurance Company
c/o its registered agent,
Commissioner of Insurance
201 Monroe Street, Suite 502
Montgomery, AL 36104

*/s/ Curtis H. Seal*
Of Counsel
